1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   TERRELL COOKS,                          )   NO. CV 13-811-AGR
                                             )   NO. CV 15-5419-AGR
12              Petitioner,                  )   CONSOLIDATED ACTIONS
                                             )
13          v.                               )
                                             )   **JUDGMENT**
14   JEFFREY A. BEARD, Secretary of          )
     CDCR,                                    )
15                                           )
                                             )
16              Respondent.                  )
                                             )
17   _____        )
                                             )
18   TERREL COOKS,                           )
                                             )
19              Petitioner,                  )
                                             )
20          v.                               )
                                             )
21   J. SOTO, Warden,                        )
                                             )
22              Respondent.                  )
     _____        )
23

24   ///

25   ///

26   ///

27   ///

28

1      Pursuant to the Opinion and Order on Respondent's Motion to Dismiss

2  Second Amended Petition for Writ of Habeas Corpus,

3      IT IS ADJUDGED that the Second Amended Petition in Case No. 13-811

4  and the same Petition in Case No. 15-5419 are denied and dismissed with

5  prejudice.

6

7

8

9  DATED:  August 31, 2016

10                      ALICIA G. ROSENBERG
                        United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2